THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1)   CHARLES ANTONUCCI, SR.<br>(2)   PARK AVENUE INSURANCE, LLC,<br><br>              Plaintiffs,<br>vs.<br><br>(1)   J. TED BONHAM,<br>(2)   JEFFERY D. BLACK,<br>(3)   BONHAM & HOWARD,<br>(4)   W. ANTHONY HUFF,<br>(5)   PROVIDENCE HOLDINGS, INC.,<br>(6)   JERRY LANCASTER,<br>(7)   STEPHEN B. PENCE,<br>(8)   DINSMORE & SHOHL, LLP,<br><br>              Defendants. | Case No. CIV-09-1402-M |

**PLAINTIFF PARK AVENUE INSURANCE, LLC'S DISCLOSURE OF CORPORATE AFFILIATIONS PURSUANT TO FED.R.CIV.P. RULE 7.1**

      Pursuant to Federal Rules of Civil Procedure Rule 7.1, Plaintiff Park Avenue Insurance, LLC, makes the following disclosure:

      1.  Is Plaintiff Park Avenue Insurance, LLC, a publicly held corporation or other publicly held entity?     [ ] YES     [X] NO

      2.  Does Plaintiff Park Avenue Insurance, LLC, have any parent corporations?

              [ ] YES     [X] NO

      3.  Is 10% or more of the stock of Plaintiff Park Avenue Insurance, LLC, owned by a publicly held corporation or other publicly held entity?

              [ ] YES     [X] NO

4. Is there any other publicly held corporation or other public held entity that has a direct financial interest in the outcome of the litigation?

      [ ] YES  [X] NO

5. Is Plaintiff Park Avenue Insurance, LLC, a trade association?

      [ ] YES  [X] NO

Dated: December 31, 2009

      Respectfully submitted,

      __s/ Garvin A. Isaacs_____
      Garvin A. Isaacs
      Oklahoma Bar No. 4559
      Garvin A. Isaacs, Inc.
      1900 Northwest Expressway, Suite 601
      Oklahoma City, Oklahoma  73118
      Tel:  405-232-2060
      Fax:  405-232-9035
      zerr @cox.net